TRINETTE G. KENT (State Bar No. 025180)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 699-8693
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Stephanie Martin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Stephanie Martin, | Case No.: 2:17-cv-02568-JZB |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL AS TO EARLY WARNING SERVICES, LLC ONLY** |
| Early Warning Services, LLC, | |
| Defendant. | |

# NOTICE OF VOLUNTARY DISMISSAL AS TO EARLY WARNING SERVICES, LLC ONLY

Stephanie Martin ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action against Early Warning Services, LLC ONLY, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


LEMBERG LAW, LLC

 /s/ Trinette G. Kent
TRINETTE G. KENT
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On August 25, 2017, I served a true copy of foregoing document(s): **NOTICE OF VOLUNTARY DISMISSAL AS TO EARLY WARNING SERVICES, LLC ONLY**.

**BY ELECTRONIC FILING:** I hereby certify that on August 25, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendant Early Warning Services, LLC**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 25, 2017.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff